**MARTHA M. HALL**
Attorney at Law
California Bar No. 138012
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1451
Facsimile: (619) 544-1473
E-mail: Martha_DiIorioHall@yahoo.com

Attorney for Defendant **Gallegos-Aparicio**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA
### (HON. GONZALO P. CURIEL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-02637-GPC |
| Plaintiff, | Date: January 31, 2020<br>Time: 10:30 A.M. |
| v. | **NOTICE OF MOTION AND MOTION** |
| MARCOS GALLEGOS-APARICIO, | **1) TO DISMISS INDICTMENT DUE TO INVALID PREDICATE MISDEMEANOR ILLEGAL ENTRY** |
| Defendant, | **2) SUPPRESS STATEMENTS; &**<br>**3) COMPEL ADDITIONAL DISCOVERY** |

TO: ROBERT S. BREWER, JR., ACTING UNITED STATES ATTORNEY and, JILL S. STREJA, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on Friday, January 31, 2020, at 10:30 a.m., or as soon thereafter as counsel may be heard, the defendant, MARCOS GALLEGOS-APARICIO, by and through his counsel, Martha M. Hall, will move this Court to grant these motions.

//

//

# MOTIONS

The defendant, Marcos Gallegos-Aparicio, by and through his counsel, Martha M. Hall, and pursuant to Rules 6(e), 12, and 16 of the Federal Rules of Criminal Procedure, the Fourth, Fifth and Sixth Amendments to the United States Constitution, and Title 8 U.S.C. § 1325, and all applicable local rules, hereby moves this court to: 1) dismiss the indictment due to the invalidity of the predicate prior; and 3) suppress statements; 3) compel additional *Brady* and *Henthorn.*

These motions are based upon the attached memorandum, the files and records in the above-captioned matter, and any and all other evidence brought before this court before or during the hearing on this motion.

Respectfully submitted,

S/Martha M. Hall

Dated: January 27, 2020

**MARTHA M. HALL**
Attorney at Law
Attorney for Defendant
**Gallegos-Aparicio**