**MARTHA M. HALL**
Attorney at Law
California Bar No. 138012
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1451
Facsimile: (619) 544-1473
E-mail: Martha_DiIorioHall@yahoo.com

Attorney for Defendant **GALLEGOS-APARICIO**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. GONZALO P. CURIEL)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>**MARCOS GALLEGOS-APARICIO,**<br><br>   Defendant. | Case No. 19-CR-02637-GPC<br><br>Date: November 12, 2020<br>Time: 2:30 P.M.<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT UNDER THE EQUAL PROTECTION CLAUSE** |

TO:   ROBERT S. BREWER J.R., UNITED STATES ATTORNEY and,
        C. SETH ASKINS AND JILL S. STREJA, ASSISTANT UNITED STATES ATTORNEYS

PLEASE TAKE NOTICE that on Thursday, November 12, 2020, at 2:30 p.m., or as soon thereafter as counsel may be heard, the defendant, MARCOS GALLEGOS-APARICIO, by and through his counsel, Martha M. Hall, will move this Court to grant the above-entitled motions.

//

//

//

//

## MOTIONS

The defendant, Marcos Gallegos-Aparicio, by and through his counsel, Martha M. Hall, and pursuant to Rules 6(e), 12, and 16 of the Federal Rules of Criminal Procedure and the Fourth, Fifth, Sixth and Fourteenth Amendments to the United States Constitution, and all applicable local rules, hereby moves this court to DISMISS the Indictment.

This motions are based upon the attached memorandum, the files and records in the above-captioned matter, and any and all other evidence brought before this court before or during the hearing on this motion.

Respectfully submitted,

S/Martha M. Hall

Dated: October 14, 2020

**MARTHA M. HALL**
Attorney at Law
Attorney for Defendant
**Gallegos-Aparicio**